

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00616-CR

Michael Fitzgerald Reese
v.
The State of Texas

On appeal from the
27th District Court of Bell County, Texas
Trial Cause No. 68115

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

July 16, 2015.